KSC/10.03.24
PCM: 2024R00478

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. JRR 24cr295 |
| | * |
| RONALD JONES, | * (Possession of a Firearm and |
| | * Ammunition by a Prohibited Person, |
| Defendant. | * 18 U.S.C. § 922(g)(1); Possession of a |
| | * Stolen Firearm, 18 U.S.C. § 922(j); |
| | * Forfeiture, 18 U.S.C. § 924(d), 21 |
| | * U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * |
| | * |

*******

### INDICTMENT

### COUNT ONE
(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about July 29, 2024, in the District of Maryland, the Defendant,

**RONALD JONES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit, a Glock Model 27Gen 4 .40 caliber semi-automatic pistol, with serial number XRC963; a Smith & Wesson M&P 9 Shield 9mm semi-automatic pistol, with serial number JEM2309; twenty rounds of .40 caliber ammunition; and ten rounds of 9mm ammunition; and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO

**(Possession of a Stolen Firearm)**

The Grand Jury for the District of Maryland further charges that:

On or about July 9, 2024, in the District of Maryland, the defendant,

**RONALD JONES,**

knowingly possessed, received, concealed, and stored a stolen firearm, to wit: a Smith & Wesson M&P 9 Shield 9mm semi-automatic pistol bearing serial number JEM2309, loaded with ten rounds of 9mm ammunition, and the firearm and ammunition were in and affecting commerce, knowing and having reasonable cause to believe the firearm was stolen.

18 U.S.C. § 922(j)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under the offenses charged in Counts One and Two of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s), including, but not limited to:

   a. a Glock Model 27 Gen 4 .40 caliber semi-automatic pistol, bearing serial number XRC963;

   b. a Smith & Wesson M&P 9 Shield 9mm semi-automatic pistol, bearing serial number JEM2309;

   c. approximately 20 rounds of .40 caliber ammunition; and

   d. approximately 10 rounds of 9mm ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron* /pem
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

10-9-24
Date

4